**Order filed February 27, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00172-CV
_____

**CASTLE HILLS PHARMACY, LLC AND MICHAEL WARD, Appellants**

**V.**

**JOSEPH A. TRIAL, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1002800**

---

## CONTINUINGABATEMENT ORDER

After a non-jury trial, appellant brings this appeal from a judgment signed February 25, 2013. Appellants timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. In their brief, appellants assert the trial court did not file the requested findings and conclusions, and the failure hinders their ability to argue their appeal.

On January 30, 2014, this court abated the appeal and ordered the trial court to file findings of fact and conclusions of law on or before February 20, 2014. *See Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 772 (Tex. 1989); *see also*

TEX. R. APP. P. 44.4. We further ordered that within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before March 20, 2014.

On February 26, 2014, appellants' counsel advised this court that as of February 25, 2014, no findings of fact and conclusions of law have been filed.

Accordingly, we **ORDER** the abatement continued and direct the trial court to file findings of fact and conclusions of law on or before **March 14, 2014**. Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **April 14, 2014**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

PER CURIAM

2